No. 341, Misc. CHRISTOFFEL *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to the United States District Court for the District of Columbia for resentencing under 18 U. S. C. (1946 ed.) § 231. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *David Rein* and *Arthur Kinoy* for petitioner. *Solicitor General Cummings, Beatrice Rosenberg* and *Murry Lee Randall* for the United States.

No. 417, Misc. ANSELMI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Motion for leave to file a petition for writ of habeas corpus also denied.

No. 449, Misc. NUNELEY *v.* RAGEN, WARDEN. Motion for leave to file a petition for writ of prohibition denied.

No. 451, Misc. TILLMAN *v.* RANDOLPH, WARDEN. Motion for leave to file a petition for writ of certiorari denied.

No. 455, Misc. HALL *v.* SKEEN, WARDEN. Motion for leave to file a petition for writ of habeas corpus denied.